IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:21-cv-21400

**DALADIER BURGOS,**

       **Plaintiff,**

vs.

**BELLSOUTH TELECOMMUNICATIONS LLC,**

       **Defendant.**

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4 and 16.2(f)(2), Plaintiff Daladier Burgos and Defendant Bellsouth Telecommunications LLC hereby notify the Court that the Parties have reached an agreement to settle the entire case.

The Parties request that all deadlines in this case be stayed for thirty (30) days for the Parties to prepare and execute a written settlement agreement, after which the Parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: February 24, 2022.

Respectfully submitted,

| By: */s/ Dana M. Gallup* | By: */s/ Zahira D. Diaz-Vazquez* |
|---|---|
| Dana M. Gallup. Esq.<br>Florida Bar No. 0949329<br>Gallup Auerbach<br>4000 Hollywood Boulevard<br>Presidential Circle<br>Suite 265 South<br>Hollywood, Florida 33021<br>Telephone: (954) 894-3035 | Zahira D. Díaz-Vázquez, Esquire<br>Fla. Bar No. 00084122<br>AT&T Services, Inc. – Legal Department<br>One CNN Center, SW1433C<br>Atlanta, GA 30303<br>Telephone (404) 893-7625<br>zahira.diaz@att.com<br>*Attorney for Defendant* |

dgallup@gallup-law.com

Roy Lyford-Pike, Esq.
*(Admitted Pro-Hac Vice)*
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue
Suite 400
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
RLyfordpike@ZAGFirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 24, 2022, a copy of the foregoing was served on Parties through their counsel of record via this Court's CM/ECF system.

                                                           */s/ Zahira D. Diaz-Vazquez*
                                                           Zahira D. Díaz-Vázquez