IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:21-cv-21400

**DALADIER BURGOS,**

**Plaintiff,**

**vs.**

**BELLSOUTH TELECOMMUNICATIONS LLC,**

**Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree to the dismissal of the above-captioned action, with prejudice, with each party responsible for their costs. The clerk will please mark this case as dismissed *with prejudice*. This matter has resolved.

Dated: April 14, 2022.

Respectfully submitted,

| | |
|---|---|
| By:/s/ *Dana M. Gallup* | By: */s/ Zahira D. Diaz-Vazquez* |
| Dana M. Gallup. Esq.<br>Florida Bar No. 0949329<br>Gallup Auerbach<br>4000 Hollywood Boulevard Presidential Circle<br>Suite 265 South<br> Hollywood, Florida 33021<br>Telephone: (954) 894-3035<br>dgallup@gallup-law.com<br><br>Roy Lyford-Pike, Esq.<br>*(Admitted Pro-Hac Vice)*<br>Zipin, Amster & Greenberg, LLC<br>8757 Georgia Avenue<br>Suite 400<br>Silver Spring, Maryland 20910<br>Telephone: (301) 587-9373<br>RLyfordpike@ZAGFirm.com<br><br>*Attorneys for Plaintiff* | Zahira D. Díaz-Vázquez, Esquire<br>Fla. Bar No. 00084122<br>AT&T Services, Inc. – Legal Department<br>One CNN Center, SW1433C<br>Atlanta, GA 30303<br>Telephone (404) 893-7625<br>zahira.diaz@att.com<br><br>*Attorney for Defendant* |